

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2020

No. 04-20-00020-CR

**IN RE STATE OF TEXAS**, ex. rel. Todd A. "Tadeo" Durden, County Attorney

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Patricia O. Alvarez, Justice
                Irene Rios, Justice
                Liza A. Rodriguez, Justice

On April 20, 2020, relator filed a "First Motion for Sanctions." On April 22, 2020, this court issued an opinion denying relator's petition for writ of mandamus. Relator's motion for sanctions is denied.

It is so **ORDERED** on April 23, 2020.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 10041CR,10056CR, 10122CR, 10134CR,9711CR, 9712CR, 9892CR, styled *The State of Texas v. Mark Anthony Gonzalez* (Cause No. 10041CR), and twenty-one other cases, pending in the County Court, Kinney County, Texas. The Honorable Sid L. Harle signed the order at issue in this original proceeding.